# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

127109

VALERIE E. SFREDDO and JOSEPH
SFREDDO,
      Plaintiffs-Appellants,

v

UNIVERSITY OF MICHIGAN REGENTS
and UNIVERSITY OF MICHIGAN
HEALTH SYSTEMS,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127109
COA: 249912
Court of Claims: 02-000179-MH

_____/

On order of the Court, the application for leave to appeal the August 19, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the Court of Appeals opinion and REMAND this case to that court for reconsideration in light of our holding in *Mayberry v General Orthopedics, PC*, 474 Mich 1 (decided October 4, 2005). We do not retain jurisdiction.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

11121